UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV25-01542-MWC-SK | Date | September 5, 2025 |
| Title | Anthony Lopez v. United Parcel Service, Inc., et al. | | |

| Present: The Honorable | MICHELLE WILLIAMS COURT, U.S. District Judge |
|---|---|
| T. Jackson | CourtSmart |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Michael Walker | Phillip Ebsworth |

**Proceedings:** **PLAINTIFF'S MOTION FOR ORDER REMANDING ACTION TO STATE COURT (DKT. 12)**

The motion hearing is held. The Court hears oral argument from the parties. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

                                                                            :20
**Initials of Preparer**  TJ